# CASE ANNOUNCEMENTS
## December 8, 2010

[Cite as *12/08/2010 Case Announcements*, 2010-Ohio-5974.]

## MOTION AND PROCEDURAL RULINGS

**2010–1608.   Diamond v. Arabica Coffee One Corp.**
Cuyahoga App. No. 93740, 2010-Ohio-3090. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to strike memorandum in support of jurisdiction, and appellant's motion to strike the motion to strike memorandum in support of jurisdiction,

It is ordered by the court that the motions to strike are denied. Appellee has 30 days from the date of this entry to file a memorandum in response.

## RECONSIDERATION OF PRIOR DECISIONS

**2009–2058.   State ex rel. Daimler Chrysler Corp. v. Indus. Comm.**
Franklin App. No. 08AP–1017, 2009-Ohio-5778. Reported at 127 Ohio St.3d 1433, 2010-Ohio-5500, 936 N.E.2d 962. On motion for reconsideration. Motion granted. Appellant shall file a brief within 20 days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2 - 6.7. As provided in S.Ct.Prac. R. 6.7, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

## DISCIPLINARY CASES

**2009–0691.   Mahoning Cty. Bar Assn. v. Jones.**
On October 1, 2009, this court issued an order suspending respondent, James Sidney Jones, for a period of six months with the entire suspension stayed on the conditions that the respondent successfully complete a one-year monitored probation and commit no further disciplinary infractions. The suspension, stay, and probation were to take effect upon respondent's return to active practice. The order required the respondent to file a notice informing the Clerk of this court that he has applied for active registration status on or before that date of his submission of the application. It appears to the court that the respondent is currently registered for active status and has failed to notify the Clerk of his submission of his application for active status. Upon consideration thereof, It is ordered by the court, sua sponte, that respondent show cause in writing, on or before 20 days from the date of this order, why respondent should not be held in contempt of the court's October 1, 2009 order for failing to file notice of his submission of an application for active registration status.